| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Bull Taco, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3014663** |
| 4. | Debtor's address | **Principal place of business**<br><br>**101 S. Coast Hwy**<br>**Encinitas, CA 92024**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Bull Taco, LLC**  
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor   **Bull Taco, LLC**   Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district?***   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Bull Taco, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 31, 2017**
MM / DD / YYYY

X **/s/ Greg Lukasiewicz**                           **Greg Lukasiewicz**
Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Vik Chaudhry**                               Date **July 31, 2017**
Signature of attorney for debtor                       MM / DD / YYYY

**Vik Chaudhry**
Printed name

**VC Law Group, LLP**
Firm name

**6540 Lusk Blvd., Ste. C219**
**San Diego, CA 92121**
Number, Street, City, State & ZIP Code

Contact phone  **(858) 519-7333**        Email address  **vik@thevclawgroup.com**

**273952**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bull Taco, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Air Gas** 3103 Stafford Dr. Charlotte, NC 28208 | | | | | | $1,700.85 |
| **Block Gaunce and Associates** Gregory A Block 225 W. Plaza St #105 Solana Beach, CA 92075 | | | | | | $4,350.00 |
| **CA State Board of Equalization** Acct Information Grp, MIC: 29 PO Box 942879 Sacramento, CA 94279-0029 | | | | | | $146,132.43 |
| **Credit Control Corporation** 11821 Rock Landing Dr. Newport News, VA 23606 | | | | | | $2,111.02 |
| **David De Costa** 1431 Arbor Ct. Encinitas, CA 92024 | | | | | | $52,500.00 |
| **First Data Global Leasing** PO Box 173845 Denver, CO 80217 | | | | | | $2,337.50 |
| **George Conkwright** 18365 Hwy 111 #428 La Quinta, CA 92253 | | | | | | $39,325.00 |
| **Godfrey & Kahn** 780 N. Water St. Milwaukee, WI 53202-3590 | | | | | | $16,238.00 |

Debtor  **Bull Taco, LLC**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hunter Warfield** 4645 S Lakeshore Dr #11 Tempe, AZ 85282-7152 | | | | | | $1,927.78 |
| **Ingardia Produce** 700 S. Hathaway St. Santa Ana, CA 92705 | | | | | | $17,088.86 |
| **Jessica L. Lemoire** 317 S. Brand blvd. Glendale, CA 91204 | | | | | | $6,933.91 |
| **Kathleen Gazarian** 306 E. Sierra Madre Blvd. Sierra Madre, CA 91024 | | | | | | $12,094.89 |
| **Liggett, Davis, Pagnini & Melh** 3914 Murphy Canyon Rd. Ste. A162 San Diego, CA 92123 | | | | | | $1,927.78 |
| **Michael J, Wolf West Coast Prime Meats** 12522 Avenida Tineo San Diego, CA 92128 | | | | | | $20,757.19 |
| **Michael L. Klein** 900 Pier View Way PO Box 299 Oceanside, CA 92054 | | | | | | $169,412.77 |
| **Michael Peralty** 317 S. Brand Blvd Glendale, CA 91204 | | | | | | $7,115.10 |
| **Northern Leasing Systems** 525 Washington Blvd, 15th Flr Jersey City, NJ 07310 | | | | | | $5,281.90 |
| **Petit Kohn Ingraggia & Lutz** 11622 El Camino Real Suite 300 San Diego, CA 92130 | | | Disputed | | | $672,000.00 |

Debtor **Bull Taco, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Robert Seidler**<br>**4640 Admiralty Way**<br>**Suite 1200**<br>**Marina Del Rey, CA**<br>**90292** | | | | | | **$75,000.00** |
| **Strategic Funding**<br>**120 West 45th Street**<br>**2nd Floor**<br>**New York, NY 10036** | | | | | | **$117,775.00** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

A.R.M Solution Inc.
3760 Calle Tecate
Camarillo, CA 93012


ADP
1450 Frazee Rd.
San Diego, CA 92108


Air Gas
3103 Stafford Dr.
Charlotte, NC 28208


Airgas
259 North Radnor-Chester Rd
Suite 100
Radnor, PA 19087-2165


ARM Solutions Inc.
PO Box 3666
Camarillo, CA 93011-3666


Athens Service
Dept 411
PO Box 4115
Concord, CA 94524


Athens Service
14048 East Valley Blvd
City of Industry, CA 91746


Avadania and Associates LLC
281 Young Harris St., Ste. D
Blairsville, GA 30512-3776


Benjamin and Williams
5485 Expressway Drive N
Holtsville, NY 11742-1311

Block Gaunce and Associates
Gregory A Block
225 W. Plaza St #105
Solana Beach, CA 92075


Blue Line Holding Inc.
4403 Manchester Ave.
Ste. 205
Encinitas, CA 92024


C2C Resources LLC
56 Perimeter Center E, Ste 100
Atlanta, GA 30346


CA State Board of Equalization
Acct Information Grp, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029


Caine & Weiner
4101 McEwen Rd.
Dallas, TX 75244


Cintas Corporation
PO Box 29059
Phoenix, AZ 85038-9059


Cox Communications
5159 Federal Blvd.
San Diego, CA 92105


Credit Control Corp
PO Box 120630
Newport News, VA 23612-0630


Credit Control Corporation
11821 Rock Landing Dr.
Newport News, VA 23606

```
CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019


David De Costa
1431 Arbor Ct.
Encinitas, CA 92024


First Corporate
914 S. Street
Sacramento, CA 95811


First Data
5565 Glenridge Connector NE
Ste 2000
Atlanta, GA 30342


First Data Global Leasing
PO Box 173845
Denver, CO 80217


Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
PO Box 1673
Sacramento, CA 95812-1673


George Conkwright
18365 Hwy 111
#428
La Quinta, CA 92253


George Conkwright
78365 Hwy 111
#428
La Quinta, CA 92253
```

```
Godfrey & Kahn
780 N. Water St.
Milwaukee, WI 53202-3590


Godfrey & Kahn
833 E Michigan St.
Suite 1800
Milwaukee, WI 53202-5615


Hunter Warfield
4645 S Lakeshore Dr
#11
Tempe, AZ 85282-7152


Ingardia Produce
700 S. Hathaway St.
Santa Ana, CA 92705


Internal Revenue Service
Centralized Insolvency Operati
PO Box 7346
Philadelphia, PA 19101-7346


Jamroc Inc.
1431 Arbor Ct.
Encinitas, CA 92024


Jessica L. Lemoire
317 S. Brand blvd.
Glendale, CA 91204


Kathleen Gazarian
306 E. Sierra Madre Blvd.
Sierra Madre, CA 91024


Kenneth J Cassutt
101 W Broadway Ste, #300
San Diego, CA 92101
```

LA Commercial Group Inc.
317 S. Brand Blvd
Glendale, CA 91204

Liggett, Davis, Pagnini & Melh
3914 Murphy Canyon Rd.
Ste. A162
San Diego, CA 92123

Michael J, Wolf
West Coast Prime Meats
12522 Avenida Tineo
San Diego, CA 92128

Michael L. Klein
900 Pier View Way
PO Box 299
Oceanside, CA 92054

Michael Peralty
317 S. Brand Blvd
Glendale, CA 91204

Northern Leasing Systems
525 Washington Blvd, 15th Flr
Jersey City, NJ 07310

P&R Paper
1898 E Colton Ave.
Redlands, CA 92374

Petit Kohn Ingraggia & Lutz
11622 El Camino Real
Suite 300
San Diego, CA 92130

Prosperity
14431 Ventura Blvd.,, Box 283
Sherman Oaks, CA 91423

```
RMS
PO Box 361595
Columbus, OH 43236


RMS
7575 Gateway Blvd.
Newark, CA 94560


Robert Seidler
4640 Admiralty Way
Suite 1200
Marina Del Rey, CA 90292


State Board of Equalization
PO Box 942879
Sacramento, CA 94279


State Farm
One State Farm Plaza
Bloomington, IL 61710


Stone Brewing
1999 Citracado Parkway
Escondido, CA 92029


Strategic Funding
120 West 45th Street
2nd Floor
New York, NY 10036


Strategic Funding Source Inc.
1501 Broadway
Suite 360
New York, NY 10036


Sysco San Diego Inc.
12180 Kirkham Rd.
Poway, CA 92064
```

```
West Coast Prime Meats
344 Cliffwood Park St
Brea, CA 92821
```

# United States Bankruptcy Court
## Southern District of California

In re  **Bull Taco, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Bull Taco, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 31, 2017**
Date

/s/ Vik Chaudhry
**Vik Chaudhry**
Signature of Attorney or Litigant
Counsel for  **Bull Taco, LLC**
**VC Law Group, LLP**
**6540 Lusk Blvd., Ste. C219**
**San Diego, CA 92121**
**(858) 519-7333 Fax:(858) 408-3910**
**vik@thevclawgroup.com**