1  VIK CHAUDHRY, SBN 273952
   VC LAW GROUP, LLP
2  6540 Lusk Blvd., Suite C219
   San Diego, CA 92121
3  Telephone: (858) 519-7333
   Fax: (858) 408-3910
4  Email: vik@thevclawgroup.com

5  Proposed Bankruptcy Counsel for
   Debtor and Debtor-In-Possession

6

7              **UNITED STATES BANKRUPTCY COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**

8  In re                              )    Case No.        17-04535-CL11
                                      )
9  BULL TACO, LLC                     )    Chapter 11
                                      )
10                                    )
        Debtor and                    )    **DECLARATION OF GREG**
11      Debtor-In-Possession.         )    **LUKASIEWICZ IN SUPPORT OF FIRST**
                                      )    **DAY MOTION FOR INTERIM ORDER**
12                                    )    **AUTHORIZING USE OF CASH**
                                      )    **COLLATERAL AND RELATED RELIEF**
13                                    )
                                      )
14                                    )    Date:
                                      )    Time:
15                                    )    Dept.:  5, Room 318
                                      )    Judge: Hon. Christopher B. Latham
16  _____ )

17

18              **DECLARATION OF GREG LUKASIEWICZ**

19      I, Greg Lukasiewicz, declare as follows:

20      1.      I am the President and holder of 100% of membership interests in Bull Taco, LLC

21  (the "Debtor" or "Debtor-In-Possession") in case number 17-04535-CL11, a chapter 11 case filed in

22  the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Case").

23  I am making this declaration in support of the Debtor's First Day Motion for Interim Order

24  Authorizing Use of Cash Collateral and Related Relief (the "Motion").  The matters set forth herein

25  

26  are personally known to me to be true, except those matters set forth on information and belief; and

27  

28  

   1                          Declaration of Greg Lukasiewicz in Support of First Day Motion
                              for Interim Order Authorizing Use of Cash Collateral and Related Relief

1    as to those matters, I am informed and believe them to be true.  If called upon to do so, I could and

2    would competently testify to the truth of the matters set forth herein.

3        2.        The Debtor is a California limited liability company and restaurant operating out of

4    two locations: (i) 2050 S. Coast Hwy. 101, Cardiff, CA 92007; and (ii) 101 North Coast Hwy. 101,

5    Encinitas, CA 92024.

6        3.        I own all membership interests of the Debtor.

7        4.        The Debtor's use of cash collateral is necessary to maintain its present value and

8
9    condition of its bankruptcy estate, because the Debtor must make ongoing payments to sustain its

10   business and pay its employees.

11       5.        Any inability to use funds and cash collateral during its chapter 11 case could

12   essentially shut down the business of the Debtor and make its reorganization efforts in bankruptcy

13   impossible.

14
15       6.        Prior to the filing of the Bankruptcy Case, I attempted to identify all potential secured

16   creditors which may have interest in the Debtor's cash collateral.

17       7.        As a result of those efforts, the following four (4) creditors were identified as those

18   which had filed UCC financing statements:  (i) Sysco San Diego, Inc. ("Sysco"), via UCC filed

19   February 23, 2012; (ii) Jamroc, Inc. ("Jamroc"), via UCC filed January 9, 2014; (iii) Prosperity, via

20   UCC filed April 1, 2014; and (iv) Strategic Funding Source, Inc. ("Strategic"), via UCC filed April

21   27, 2015.

22
23       8.        I have had discussions with David DaCosta, Chief, Chief Executive Officer of Jamroc

24   regarding Bull Taco's use of cash collateral.

25       9.        Mr. DaCosta has informed me that he would not oppose the Debtor's use of cash

26   collateral or require any adequate protection with said use.

27

~~

2                                Declaration of Greg Lukasiewicz in Support of First Day Motion
                                 for Interim Order Authorizing Use of Cash Collateral and Related Relief

10.      In the Debtor's normal course of business, it requires cash on hand and cash flow from its income and accounts receivable in order to make payments for necessary expenses and to compensate its employees.

11.      Those necessary expenses include those for food and produce, payroll, advertising, sales tax payments, utilities, and other various expenses required for the operation of a successful restaurant.

12.      The Budget attached to the Motion as **Exhibit B** is a true and correct copy of the estimated budget for the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed on this 1st day of August, 2017, at San Diego, California.

_____
Greg Lukasiewicz

3

Declaration of Greg Lukasiewicz in Support of First Day Motion
for Interim Order Authorizing Use of Cash Collateral and Related Relief